UNITED STATES DISTRICT COURT
For the Western District of New York

MICHAEL CASACCIA

          *Plaintiff,*

-vs-

          **SUMMONS**
          Civil Action No. 6:17-CV-06323-MAT

ROCHESTER POLICE DEPARTMENT, et al.

          *Defendant(s),*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
COUNTY OF __Monroe__ :

I, __Scott A. Parker__, being duly sworn, deposes and says:

That on __August 3__ 20 __17__, __185 Exchange Blvd.__, City of __Rochester__,

State of New York, deponent served: __Summons Civil Action No. 6:17-CV-06323-MAT__

on __Rochester Police Department__ at __12:25__ p.m.
    [name of person served]      [time]
by:

1. **INDIVIDUAL**

    ☐ (a) Delivering a true copy thereof to _____
personally. Deponent knew the person so served to be the person described in said document(s).

    ☑ (b) Delivering a true copy to __Officer Gilday Badge # 259__
a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __
_____
and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

    ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
On _____ 20 ___, at _____
On _____ 20 ___, at _____
On _____ 20 ___, at _____

Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____
_____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____
_____ and officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
Sex: __Female__, Hair: __Brown__,
Skin: __Fair__, Approx. Age: __38__,
Approx. Ht: __5'8__, Approx. Wt.: __160 lbs.__

Signature: *Scott A Parker*

Sworn to before me this __8th__ day of __August__, 20 __17__
Notary Public __Sarah T. Page__

**SARAH T. PAGE**
**NOTARY PUBLIC, State of New York**
Registration No. 01PA6338796
Qualified in Monroe County
My Commission Expires March 21, 20 __20__

UNITED STATES DISTRICT COURT
For the Western District of New York

MICHAEL CASACCIA

     *Plaintiff,*

  -vs-

           **SUMMONS**
           Civil Action No. 6:17-CV-06323-MAT

AMY BAUER, et al.
     *Defendant(s),*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
COUNTY OF __Monroe__ :

I, __Scott A. Parker__, being duly sworn, deposes and says:

That on __August 3__ 20 _17_, _185 Exchange Blvd._, City of __Rochester__,

State of New York, deponent served: __Summons Civil Action No. 6:17-CV-06323-MAT__

on __Officer Amy Bauer__ at _12:25_ p.m.
  [name of person served]    [time]
by:

1. **INDIVIDUAL**

 ☐ (a) Delivering a true copy thereof to _____
   personally. Deponent knew the person so served to be the person described in said document (s).

 ☑ (b) Delivering a true copy to __Officer Gilday Badge # 259__
   a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

   Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __185 Exchange Blvd, Rochester, NY 14614__ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

 ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
   On _____ 20 ___, at _____
   On _____ 20 ___, at _____
   On _____ 20 ___, at _____

   Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____ _____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____ and officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
 Sex: __Female__, Hair: __Brown__,
 Skin: __Fair__, Approx. Age: __38__,
 Approx. Ht: __5'8"__, Approx. Wt.: __160 lbs.__

Signature: _Scott Parker_

Sworn to before me this __8th__ day of __August__, 20 __17__
Notary Public __Sarah T. Page__

**SARAH T. PAGE**
**NOTARY PUBLIC, State of New York**
Registration No. 01PA6338796
Qualified in Monroe County
My Commission Expires March 21, 20 __20__

UNITED STATES DISTRICT COURT
For the Western District of New York

MICHAEL CASACCIA

                *Plaintiff,*

        -vs-

                                  **SUMMONS**
                                  Civil Action No. 6:17-CV-06323-MAT

JOSHUA HALL, et al.

                *Defendant(s),*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
COUNTY OF __Monroe__ :

I, __Scott A. Parker__, being duly sworn, deposes and says:

That on __August 3__ 20 __17__, __185 Exchange Blvd.__, City of __Rochester__,

State of New York, deponent served: __Summons Civil Action No. 6:17-CV-06323-MAT__

on _____Officer Joshua Hall_____ at __12:25__ p.m.
    [name of person served]        [time]
by:

1. **INDIVIDUAL**

    ☐ (a) Delivering a true copy thereof to _____
    personally. Deponent knew the person so served to be the person described in said document (s).

    ☑ (b) Delivering a true copy to __Officer Gilday Badge # 259__
    a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

    Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __185 Exchange Blvd, Rochester, NY 14614__
and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

    ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
On _____ 20 ____, at _____
On _____ 20 ____, at _____
On _____ 20 ____, at _____

Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____
_____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____ _____ and officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
Sex: __Female__, Hair: __Brown__,
Skin: __Fair__, Approx. Age: __38__,
Approx. Ht: __5'8__, Approx. Wt.: __160 lbs.__

Signature: *Scott Parker*

Sworn to before me this __8th__ day of __August__, 20 __17__
Notary Public *Sarah T. Page*

SARAH T. PAGE
NOTARY PUBLIC, State of New York
Registration No. 01PA6338796
Qualified in Monroe County
My Commission Expires March 21, 20 __20__

UNITED STATES DISTRICT COURT
For the Western District of New York

MICHAEL CASACCIA

    *Plaintiff,*

-vs-

                           **SUMMONS**
                           Civil Action No. 6:17-CV-06323-MAT

KEVIN LECKINGER, et al.

    *Defendant(s),*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
COUNTY OF __Monroe__ :

I, __Scott A. Parker__, being duly sworn, deposes and says:

That on __August 3__ 20 __17__, __185 Exchange Blvd.__, City of __Rochester__,

State of New York, deponent served: __Summons Civil Action No. 6:17-CV-06323-MAT__

on __Officer Kevin Leckinger__ at __12:25__ p.m.
    [name of person served]        [time]
by:

**1. INDIVIDUAL**

☐ (a) Delivering a true copy thereof to _____
personally. Deponent knew the person so served to be the person described in said document(s).

☑ (b) Delivering a true copy to __Officer Gilday Badge # 259__
a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __185 Exchange Blvd, Rochester NY 14614__
and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
On _____ 20 ___, at _____
On _____ 20 ___, at _____
On _____ 20 ___, at _____

Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____
_____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

**2. CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____
_____ and officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
    Sex: __Female__, Hair: __Brown__,
    Skin: __Fair__, Approx. Age: __38__,
    Approx. Ht: __5'8__, Approx. Wt.: __160 lbs.__

Signature: __Scott A Parker__

Sworn to before me this __8th__ day of __August__, 20 __17__
Notary Public __Sarah T. Page__

SARAH T. PAGE
NOTARY PUBLIC, State of New York
Registration No. 01PA6338796
Qualified in Monroe County
My Commission Expires March 21, 2020

UNITED STATES DISTRICT COURT
For the Western District of New York

MICHAEL CASACCIA

        *Plaintiff,*

-vs-

                              **SUMMONS**
                              Civil Action No. 6:17-CV-06323-MAT

AUDREY DIPOALA, et al.

        *Defendant(s),*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
COUNTY OF __Monroe__ :

I, __Scott A. Parker__ , being duly sworn, deposes and says:

That on __August 3__ 20 _17_, _185 Exchange Blvd._ , City of _Rochester_ ,

State of New York, deponent served: __Summons Civil Action No. 6:17-CV-06323-MAT__

on __Officer Audrey DiPoala__ at _12:25_ p.m.
    [name of person served]      [time]
by:

1. **INDIVIDUAL**

    ☐ (a) Delivering a true copy thereof to _____
    personally. Deponent knew the person so served to be the person described in said document(s).

    ☑ (b) Delivering a true copy to __Officer Gilday Badge # 259__
    a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

    Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __185 Exchange Blvd, Rochester NY 14614__ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

    ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
    On _____ 20 ___, at _____
    On _____ 20 ___, at _____
    On _____ 20 ___, at _____

    Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____ and officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
Sex: _Female_ , Hair: _Brown_ ,
Skin: _Fair_ , Approx. Age: _38_ ,
Approx. Ht: _5'6_ , Approx. Wt.: _160 lbs._

Signature: _Scott A Parker_ (signed)

Sworn to before me this __8th__ day of __August__, 20 _17_
Notary Public __Sarah T. Page__ (signed)

**SARAH T. PAGE**
**NOTARY PUBLIC, State of New York**
Registration No. 01PA6338796
Qualified in Monroe County
My Commission Expires March 21, 20 _20_

UNITED STATES DISTRICT COURT
For the Western District of New York

MICHAEL CASACCIA

                *Plaintiff,*

    -vs-

                                                    **SUMMONS**
                                                    Civil Action No. 6:17-CV-06323-MAT

GARY WEGMAN, et al.
                *Defendant(s),*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
COUNTY OF __Monroe__ :

I, __Scott A. Parker__, being duly sworn, deposes and says:

That on __August 3__ 20__17__, __185 Exchange Blvd.__, City of __Rochester__,

State of New York, deponent served: __Summons Civil Action No. 6:17-CV-06323-MAT__

on     __Officer Gary Wegman__     at __12:25__ p.m.
      [name of person served]      [time]
by:

1. **INDIVIDUAL**

   ☐ (a) Delivering a true copy thereof to _____
   personally. Deponent knew the person so served to be the person described in said document (s).

   ☑ (b) Delivering a true copy to __Officer Gilday Badge # 259__
   a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

   Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __185 Exchange Blvd, Rochester NY 14614__
   and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

   ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
   On _____ 20 ___, at _____
   On _____ 20 ___, at _____
   On _____ 20 ___, at _____

   Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____ and officer of said corporation or other agent authorized to receive service for said corporation.

   **DESCRIPTION:** Deponent describes the individual served as follows:
   Sex: __Female__, Hair: __Brown__,
   Skin: __Fair__, Approx. Age: __38__,
   Approx. Ht: __5'8"__, Approx. Wt.: __160 lbs.__

Signature: _Scott A. Parker_

Sworn to before me this __8th__ day of __August__, 20__17__

Notary Public __Sarah T. Page__

**SARAH T. PAGE**
**NOTARY PUBLIC, State of New York**
Registration No. 01PA6338796
Qualified in Monroe County
My Commission Expires March 21, 20__20__

UNITED STATES DISTRICT COURT
For the Western District of New York

MICHAEL CASACCIA

        *Plaintiff,*

    -vs-

                                    **SUMMONS**
                                    Civil Action No. 6:17-CV-06323-MAT

MATTHEW CUSHMAN, et al.

        *Defendant(s),*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
COUNTY OF __Monroe__ :

I, __Scott A. Parker__, being duly sworn, deposes and says:

That on __August 3__ 20 __17__, __185 Exchange Blvd.__, City of __Rochester__,

State of New York, deponent served: __Summons Civil Action No. 6:17-CV-06323-MAT__

on __Officer Matthew Cushman__ at __12:25__ p.m.
      [name of person served]      [time]
by:

1. **INDIVIDUAL**

    ☐ (a) Delivering a true copy thereof to _____
            personally. Deponent knew the person so served to be the person described in said document(s).

    ☑ (b) Delivering a true copy to __Officer Gilday Badge # 259__
            a person of suitable age and discretion at person's actual place of business, dwelling place, or usual place of abode.

            Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at __185 Exchange Blvd, Rochester NY 14614__ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

    ☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of abode. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion having called there:
            On _____ 20 ___, at _____
            On _____ 20 ___, at _____
            On _____ 20 ___, at _____

        Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of abode at _____ and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:** Serving the above on _____ Corporation, personally, whom deponent knew to be the said corporation by delivering a true copy thereof with _____ and officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:
    Sex: __Female__, Hair: __Brown__,
    Skin: __Fair__, Approx. Age: __38__,
    Approx. Ht.: __5'8__, Approx. Wt.: __160 lbs.__

Signature: *Scott A. Parker*

Sworn to before me this __8th__ day of __August__, 20 __17__
Notary Public *Sarah T. Page*

**SARAH T. PAGE**
**NOTARY PUBLIC, State of New York**
Registration No. 01PA6338796
Qualified in Monroe County
My Commission Expires March 21, 20 __20__