UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

MICHAEL CASACCIA

                                Plaintiff,                    ANSWER

    v.

                                                                  Civil Action No.:
                                                                  6:17-cv-06323-MAT

CITY OF ROCHESTER, et al
                                Defendants.

_____

       Defendants, by its attorneys, Timothy R. Curtin, Corporation Counsel and Spencer L. Ash, Esq., *of counsel,* answer plaintiff's Complaint as follows:

    1.    Defendants moved to Dismiss the Complaint by formal motion on August 28, 2017. See Docket 11.

    2.    By Decision and Order dated January 8, 2018, the Court dismissed the Rochester Police Department as a party, dismissed the supervisory liability claim, as well as the state law claims of intentional and negligent supervision. See Docket 17.

    3.    The City interposes this Answer for the sole purpose of clarifying the record as to remaining claims and parties.

    4.    Denies each and every allegation set forth in the Complaint.

    WHEREFORE, defendants demand judgment dismissing plaintiff's Complaint, together with the costs and disbursements of this action.

DATED:  April 12, 2019        Timothy R. Curtin, Corporation Counsel

                                                    By:    /s/Spencer L. Ash

Spencer L. Ash, Esq., of Counsel
*Attorneys for City Defendants*
30 Church Street, Room 400A
Rochester, NY   14614
(585) 428-6699
ashs@cityofrochester.gov