**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**MICHAEL CASACCIA**
                **Plaintiff,**

                                        **NOTICE OF MOTION**

              -vs-                      **Civil Action No. 17-CV-6323(MAT)**

**CITY OF ROCHESTER, et al**

                **Defendants.**
_____

| | |
|---|---|
| MOTION BY: | **City of Rochester** |
| DATE AND TIME: | _____ |
| RELIEF REQUESTED: | Denial of Amended Complaint |
| GROUNDS: | FRCP Rule 16 |
| LOCATION: | Hon. Jonathan W. Feldman<br>U.S. Magistrate Judge<br>United States District Court for the<br>Western District of New York<br>100 State Street<br>Rochester, New York 14614 |
| SUPPORTING PAPERS: | City of Rochester's Memorandum of Law. |

    Defendant reserves the right to reply to any responding papers.

DATED:  April 15, 2019                Timothy R. Curtin, Corporation Counsel

                                              BY: s/Spencer L. Ash_____
                                                  Spencer L. Ash, Esq., of Counsel
                                                  Attorneys for Defendants
                                                  30 Church Street, Room 400A City Hall
                                                  Rochester, New York 14614
                                                  Telephone: (585) 428-6699