UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL CASACCIA,

       Plaintiff(s),

                ***MEDIATION CERTIFICATION***

                17 - cv - 6323

    v.

CITY OF ROCHESTER, et. al.,

       Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.
☐ Case settled prior to the first mediation session.
☑ Mediation session was held on  4/15/19 .

 ☐ *Case has settled.* (Comment if necessary).
 ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.
 ☐ *Case has settled in part.* (Comment below). Mediation is complete.
 ☐ *Case has not settled.* Mediation will continue on _____.
 ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 04/16/2019        *Mediator:* /S/ Steven V. Modica

*Additional Comments:*

Print    Clear Form