

Patrick B. Naylon | Partner
Direct 585.295.8320 | pnaylon@goldbergsegalla.com

September 9, 2019

**VIA ECF**
Hon. Jonathan W. Feldman
U.S. District Court
Western District of New York
100 State Street
Rochester, New York 14614

    Re:    **Casaccia v. City of Rochester, et al.**
              **Case No.: 17-cv-6323**

Dear Judge Feldman:

    As per the Court's directive, counsel for the parties discussed the time frames necessary for completion of discovery in this action.

    Please accept this correspondence on behalf of counsel for all parties as a joint request that discovery be extended an additional 60 days for party discovery and an additional 45 days for completion of expert and all discovery. The parties would seek to complete party and non-party depositions by December 30 2019 and expert discovery depositions by February 14, 2020.

    We respectfully request the Court issue an Order accordingly.

    Thank you for your consideration.

                                        Very truly yours,

                                        Patrick B. Naylon

PBN:rmp

Cc:    Elliot D. Shields, Esq. (via ECF)
        Spencer L. Ash, Esq. (via ECF)

Please send mail to our scanning center at: PO Box 487, Buffalo, NY 14201

Office Location: 2 State Street, Suite 1200, Rochester, NY 14614-1342 | 585.295.5400 | Fax: 585.295.8300 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA | UNITED KINGDOM