# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

July 21, 2020

**VIA ECF**
Hon. Mark W. Pedersen
Senior United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    *Casaccia* v. *City Of Rochester, et al.*
           17-cv-6323 (FPG)(JWF)

Dear Judge Pedersen:

    Please recall I represent Plaintiff in this action. I write with the consent on the City Defendants to jointly request that the Court direct the Clerk to remove ECF No. 86 from the public docket.

    Thank you for your consideration of this request. Please do not hesitate to have one of your clerks contact me if you need any additional information.

                              Respectfully Submitted,

                                  ~//s//~

                              Elliot Dolby Shields

cc:    All counsel of record (via ecf)

SO ORDERED

*/s/ Mark Pedersen*
MARK W. PEDERSEN
U.S. Magistrate Judge
DATE July 22, 2020