UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL CASACCIA

                Plaintiff,

                                NOTICE OF MOTION

          -vs-                  Civil Action No. 17-CV-6323(MAT)

CITY OF ROCHESTER, et al

                Defendants.
_____

| | |
|---|---|
| MOTION BY: | **City of Rochester** |
| DATE AND TIME: | _____ |
| RELIEF REQUESTED: | Stay of Entry and Enforcement |
| GROUNDS: | FRCP Rule 62 |
| LOCATION: | Hon. Mark W. Pedersen<br>U.S. Magistrate Judge<br>United States District Court for the<br>Western District of New York<br>100 State Street<br>Rochester, New York 14614 |
| SUPPORTING PAPERS: | Attorney Declaration with attached Exhibit A |

Defendant reserves the right to reply to any responding papers.

DATED:  September 16, 2021

                                            BY: s/Spencer L. Ash_____
                                               Spencer L. Ash, Esq., of Counsel
                                               Attorneys for Defendants
                                               30 Church Street, Room 400A City Hall
                                               Rochester, New York 14614
                                               Telephone: (585) 428-6699